# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ADAM CHRISTOPHER MCGRIFF,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3001

[February 1, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 56-2008-CF-001525-A.

James W. Smith, III, CPLS, P.A., Orlando, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH and KUNTZ, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***